

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00003-CR

THE STATE OF TEXAS
v.
GUSTAVO LOPEZ MIRELES

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. CR-3196-01-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment denying Mireles's request for post-conviction DNA testing.

We further order this decision certified below for observance.

October 12, 2023